torneys, and *Mr. Lloyd W. Davidson,* State's Attorney, were on the brief for appellee.

---

No. 899. MISSISSIPPI CENTRAL RAILROAD CO. *v.* SMITH. Jurisdictional statement submitted May 4, 1935. Decided May 13, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Bruce v. Tobin,* 245 U. S. 18; *California National Bank v. Stateler,* 171 U. S. 447, 449; *Grays Harbor Co. v. Coats-Fordney Co.,* 243 U. S. 251, 255–256; *Western Public Service Co. v. Mitchell,* 289 U. S. 709. *Mr. Thomas Brady, Jr.,* for appellant. *Messrs. William H. Watkins* and *S. B. Laub* for appellee.

---

No. —, original. EX PARTE UNITED STATES EX REL. DUKE. May 13, 1935. The motion for leave to file petition for writ of prohibition and/or mandamus is denied. *Mr. Jesse C. Duke, pro se.*